# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EVIE HERRIN, )<br>　　　　　Petitioner, )<br> )<br>v. )<br> )<br>JODY R. UPTON, *Warden*, FMC-CARSWELL, )<br>　　　　　Defendants. ) | No. 3:17-CV-2420-D |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Signed October 11, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE